**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| DEBORAH ANDERSON AND DAVID ANDERSON | * | |
| | * | |
| PLAINTIFF | * | CIVIL ACTION NO. _____ |
| VS. | * | |
| | * | |
| | * | COMPLAINT AND |
| NATIONAL CREDIT ADJUSTERS, L.L.C. | * | DEMAND FOR A JURY TRIAL |
| | | |
| DEFENDANT | * | |

# COMPLAINT

## I. INTRODUCTION

1.     This is an action for damages brought by  individual consumers for defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. JURISDICTION

2.     Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

## III. PARTIES

3.     Plaintiff, Deborah Anderson (hereinafter referred to as "plaintiff" or "Mrs. Anderson") is a natural person who resides in East Baton Rouge Parish, Louisiana, and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4.     Plaintiff, David Anderson (hereinafter referred to as "plaintiff" or "Mr. Anderson") is a natural person who resides in East Baton Rouge Parish, Louisiana, and is a

"consumer" as defined by 15 U.S.C. § 1692a(3).

      5.     Defendant, National Credit Adjusters, L.L.C. (hereinafter referred to as "NCA") is a foreign corporation doing business in the state of Louisiana.  NCA, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

## IV. FACTUAL ALLEGATIONS

      6.     On or about February 1, 2007, defendant NCA began leaving a series of telephone messages for plaintiff Deborah Anderson demanding payment of a debt originally due for a credit card by plaintiff Deborah Anderson.

      7.     The alleged debt was from the use of a personal credit card issued to Mrs. Anderson which was used primarily for personal, family or household purposes.

      8.     Plaintiff David Anderson spoke with a representative of NCA regarding this alleged debt.

      9.     The NCA representative told David Anderson that he was responsible for paying this alleged debt despite Mr. Anderson not being contractually liable.

      10.     Mr. Anderson was also told that this account would remain on Ms. Anderson's credit report "until paid."

      11.     At the time of these telephone calls, there had not been any payments nor charges made for more than three years on this alleged debt..

      12.     This alleged debt therefore was prescribed under Louisiana law.

      13.     NCA's employee also told Mr. Anderson that the alleged debt was "money you have taken from the bank."

14.     NCA' employee went on to tell Mr. Anderson that a "lawsuit was possible" and that NCA "will proceed on it" "by our legal department."

## DEFENDANTS PRACTICES

15.     Defendant NCA violated numerous provisions of the FDCPA including but not limited to sections 1692e, 1692e(3), 1692e(4), 1692e(5), and 1692e(10).

16.     Plaintiffs have suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, for which they should be compensated in amounts to be proven at trial.

WHEREFORE, plaintiffs respectfully requests that the Court grant the following relief in their favor and against Defendant National Credit Adjusters, LLC, for:

a.      Additional damages for each plaintiff;

b.      Actual damages for each plaintiff;

c.      Attorney fees, litigation expenses and costs; and

d.      Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

s/Garth J. Ridge
**GARTH J. RIDGE**
Attorney for Plaintiff
Bar Roll Number:  20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number:  (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com