IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEBORAH ANDERSON AND** * | |
| **DAVID ANDERSON** * | |
| * | |
| PLAINTIFF * | CIVIL ACTION NO. 08-00071-JJB-SCR |
| **VS.** * | |
| * | |
| * | |
| **NATIONAL CREDIT ADJUSTERS, L.L.C.** * | |
| * | |
| DEFENDANT * | |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(i)**

**NOW INTO COURT**, through undersigned counsel, comes Deborah Anderson and David Anderson, plaintiffs' herein, who dismiss their claims against National Credit Adjusters, LLC pursuant to Rule 41(a)(1)(i), with prejudice.

s/Garth J. Ridge
**GARTH J. RIDGE**
Bar Roll Number:  20589
Attorney for Plaintiff
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number:  (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com